ACCEPTED
01-14-00493-CR
FIRST COURT OF APPEALS
HOUSTON, TEXAS
10/12/2015 12:00:00 AM
CHRISTOPHER PRINE
CLERK

## NO. 01-14-00493-CR

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS

10/10/2015 4:18:24 PM

CHRISTOPHER A. PRINE
Clerk

# IN THE COURT OF APPEALS

# OF TEXAS

# FIRST SUPREME JUDICIAL DISTRICT

## LUIS RUIZ SIERRA, APPELLANT

## VS.

## STATE OF TEXAS, APPELLEE

# MOTION FOR EXTENSION OF TIME
# WITHIN WHICH TO FILE APPELLANT'S BRIEF

**TERRENCE GAISER**
**LAWYER FOR APPELLANT**
**2900 SMITH STREET, # 220**
**HOUSTON, TEXAS 77006**
**SBOT# 07572500**
**713/ 225-0666**
**tagaiser@aol.com**

| STATE OF TEXAS | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | HARRIS COUNTY,TEXAS |
| | § | |
| LUIS RUIZ SIERRA | § | 182ND JUDICIAL DISTRICT |

## MOTION FOR EXTENSION OF TIME
## WITHIN WHICH TO FILE APPELLANT'S BRIEF

NOW COMES LUIS RUIZ SIERRA, appellant in the above-captioned cause, by and through his attorney, TERRENCE GAISER, and files his Motion for Extension of time within which to file Appellant's Brief; for which he would show:

1) This is an appeal from a conviction for the offense of burglary of a habitation with the intent to commit the felony of sexual assault. Punishment was assessed at thirty years confinement. Notice of appeal and the certification of appellant's right to appeal were timely filed.

2) This is the second requested extension of time. The brief was due September 28, 2015.

3) Appellant would request an extension of time to file the brief to and including the 30th day of October, 2015.

4) For good cause counsel for the appellant would show that he has not had time to complete the brief in this cause for the following reasons:

a) For the past three weeks counsel has been preparing for the death penalty trial in the case of State of Texas v. William Michael Mason, Cause Number 0620074, in the 228th District Court, scheduled to begin Monday, October 12, 2015.

b) Counsel has been in the criminal courts of the State of Texas in Harris County, Texas, and surrounding counties on a daily basis since the inception of this appeal as follows:

| | | | |
|---|---|---|---|
| 09/02/15 | 263rd District Court | State v. Morris | Agg.Robb |
| 09/03/15 | 174th District Court | State v. Perez | Burg.Hab. |
| 09/03/15 | 174th District Court | State v. Moore | Burg.Hab. |
| 09/08/15 | 351st District Court | State v. Robinson | PCS |
| 09/08/15 | 351st District Court | State v. Casiano | Agg. Asslt. |
| 09/09/15 | 263rd District Court | State v. Morris | Agg. Robb. |
| 09/10/15 | 263rd District Court | State v. Lyons | Agg. Robb. |
| 09/11/15 | 351st District Court | State v. Casiano | Agg. Asslt. |
| 09/11/15 | 174th District Court | State v. Perez | DWI |
| 09/14/15 | 351st District Court | State v. Casiano | Agg. Asslt. |
| 09/14/15 | 351st District Court | State v. Haywood | Agg.Sx.Asslt. |
| 09/16/15 | 262nd District Court | State v. Garcia | Agg.Asslt. |
| 09/17/15 | 174th District Court | State v. Stevens | Burg.Hab. |

| | | | |
|---|---|---|---|
| 09/17/15 | 174th District Court | State v. Scott | Agg.Asslt. |
| 09/17/15 | 174th District Court | State v. Rodriguez | Theft |
| 09/17/15 | 179th District Court | State v. Omarmustafa | Agg.Asslt. |
| 09/18/15 | 179th District Court | State v. Aleman | PCS |
| 09/18/15 | 185th District Court | State v. Denkins | Cap. Murder |
| 09/22/15 | 232nd District Court | State v. Nixon | Agg. Robb. |
| 09/22/15 | 232nd District Court | State v. Muscovalley | Evading |
| 09/23/15 | 228th District Court | State v. Amaya | Tampering |
| 09/23/15 | 178th District Court | State v. Banks | Robbery |
| 09/24/15 | 184th District Court | State v. Boyd | Agg. Robb. |
| 09/24/15 | 228th District Court | State v. Mason | Cap. Murder |
| 09/25/15 | 177th District Court | State v. Jacobs | Sx.Assslt.Ch |
| 09/25/15 | 185th District Court | State v. Denkins | Cap.Murder |
| 09/29/15 | 176th District Court | State v. Cooper | Eng.Org.Crm |
| 09/29/15 | 174th District Court | State v. Moore | Agg.Asslt. |
| 09/30/15 | 339th District Court | State v. Tornes | IDFraud |
| 09/30/15 | 351st District Court | State v. Batts | Agg.Asslt. |
| 09/30/15 | 262nd District Court | State v. Garcia | Agg.Asslt. |
| 10/01/15 | 178th District Court | State v. Rodriguez | Cap.Murder |
| 10/01/15 | 179th District Court | State v. Nagel | PCS |

| 10/01/15 | 182nd District Court | State v. Murdie | PCS |
|----------|---------------------|-----------------|-----|
| 10/01/15 | 174th District Court | State v. Scott | Agg.Asslt |
| 10/02/15 | 174th District Court | State v. Drayton | Cap.Murder |
| 10/05/15 | 174th District Court | State v. Scott | Agg.Asslt. |
| 10/08/15 | 351st District Court | State v. Robinson | PCS |
| 10/08/15 | 174th District Court | State v. Rodriguez | DWI |
| 10/09/15 | 177th District Court | State v. Azzeh | Burg.Hab. |

Counsel has had other cases in other counties not included in this list.

c) Counsel has other briefs due in this Court and the 14th Court that he is trying to complete.

WHEREFORE, PREMISES CONSIDERED, Appellant prays for an extension of time to file the Appellant's Brief to and including Ocktober 30, 2015.

RESPECTFULLY SUBMITTED,
S/Terrence A. Gaiser
TERRENCE A. GAISER
LAWYER FOR APPELLANT
2900 SMITH STREET, # 220
HOUSTON, TEXAS 77006
SBOT# 07572500
tagaiser@aol.com

**CERTIFICATE OF SERVICE**

4

I CERTIFY THAT A COPY OF THE ABOVE AND FOREGOING MOTION FOR EXTENSION OF TIME WITHIN WHICH TO FILE APPELLANT'S BRIEF WAS SERVED ON ALL PARTIES ACCORDING TO THE RULES.

<u>S/Terrence A. Gaiser</u>
TERRENCE A. GAISER